```
FILED
March 29, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SABER SHEHADEH, )<br>)<br>Defendant. ) | CASE NUMBER: 2:16-cr-00038-MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Saber Shehadeh</u>; Case <u>2:16-cr-00038-MCE</u> from custody and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of <u>$250,000.00 co-signed by Mufeed Shehadeh and Ali Shehadeh</u>

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions; **defendant to be released to the custody of Pretrial Services on 3/30/2016 at 9:00 AM**</u>

Issued at  <u>Sacramento, CA</u>  on  <u>3/29/2016</u>  at  <u>1:15 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge