JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
BRIAN STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-16-0038 MCE |
| Plaintiff, | |
| | UNOPPOSSED REQUEST AND ORDER MODIFYING THE BRIEFING SCHEDULE |
| v. | |
| JAMAL SHEHADEH ET AL, | |
| Defendant. | |

Brian Stone, by and through his attorney, John R. Manning, and Saber Shehadeh, by and through his attorney, Todd Leras, hereby requests the court modify the existing motion schedule. Presently, motions in this matter are due **March 9, 2017**; Opposition(s) are due **March 23, 2017**; and, any Reply(ies) are due **March 30, 2017**. A hearing on the motion(s) scheduled for **April 4, 2017.**

Defendants Brian Stone and Saber Shehadeh request the motion schedule be modified as follows:  motions in this matter are due **March 13, 2017**; Opposition(s) are due **March 27, 2017**; and, any Reply(ies) are due **April 1, 2017**.

**The hearing on the motion(s) remains scheduled for April 4, 2017.**

1

Counsel for Mr. Saber Shehadeh, Todd Leras, has been notified of this request and joins herein.  Counsel for defendant Jamal Sheadeh has been notified of this request and has no objection to the modification.  Counsel for the United States has been notified of this request and has no objection to the modification.

Dated:  March 6, 2017                              Respectfully submitted,

                                                /s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Brian Stone

## ORDER

The above request to modify the briefing schedule is GRANTED.  Motions in this matter are due March 13, 2017; Opposition(s) are due March 27, 2017; and, any Reply(ies) are due April 3, 2017.

The hearing on the motion(s) remains scheduled for April 6, 2017.

IT IS SO ORDERED.

DATED:  March 7, 2017

                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE