McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
CHRISTOHPER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN STONE and <br> SABER SHEHADEH, <br><br> Defendants. | CASE NO. 2:16-CR-00038 MCE <br><br> ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), it is hereby ordered that the United States is authorized provide early disclosure of grand jury transcripts and their accompanying exhibits related to this case to defendants prior to the time required under the Jencks Act, 18 U.S.C. §3500.

IT IS SO ORDERED.

Dated: March 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE