| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | SABER SHEHADEH |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-038 MCE |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| SABER SHEHADEH, | Court: Hon. Morrison C. England, Jr. |
| Defendant. | Date: October 18, 2018 |
| | Time: 10:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Christopher Hales and Attorney Todd D. Leras on behalf of Defendant Saber Shehadeh, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from October 11 to October 18, 2018.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

This matter proceeded to jury trial in May 2018. The jury returned guilty verdicts as to Counts 1-3 and the Court set the matter for sentencing on September 6, 2018. Defendant's interview with the probation officer was delayed due to transportation issues following his move from the Sacramento County Main Jail to the Wayne Brown Correctional Facility in Nevada City, California. Defendant has now completed his interview with the assigned probation officer.

A modification of the disclosure schedule and continuance of the sentencing hearing are therefore necessary to allow sufficient time for the parties to file appropriate responses. The assigned probation officer has confirmed her availability on October 18, 2018.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: September 6, 2018;

2. Informal Objections to Draft Pre-Sentence Report: September 20, 2018;

3. Final Pre-Sentence Report Date: September 27, 2018;

4. Motion for Correction Date: October 4, 2018; and

5. Reply Date: October 11, 2018

This request follows a finding of guilt following a jury trial so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Christopher Hales has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: August 28, 2018

By   /s/ Todd D. Leras for
     CHRISTOPHER HALES
     Assistant United States Attorney

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

DATED: August 27, 2018        By   /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Attorney for Defendant
                                   SABER SHEHADEH

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to October 18, 2018, at 10:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: September 1, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE