| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
| 5 | Attorney for Defendant |
|   | SABER SHEHADEH |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-038 MCE |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| SABER SHEHADEH, | Court: Hon. Morrison C. England, Jr. |
| Defendant. | Date: December 13, 2018 |
|   | Time: 10:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Christopher Hales and Attorney Todd D. Leras on behalf of Defendant Saber Shehadeh, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from October 18, 2018 to December 13, 2018.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

This matter proceeded to jury trial in May 2018. The jury returned guilty verdicts as to Counts 1-3 and the Court initially set the matter for sentencing on September 6, 2018. Defendant's probation interview has been completed. The probation officer requires additional time to complete the draft pre-sentence investigation report.

A modification of the disclosure schedule and continuance of the sentencing hearing are therefore necessary to allow sufficient time for the parties to file appropriate responses. The assigned probation officer has confirmed her availability on December 13, 2018.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: November 1, 2018;

2. Informal Objections to Draft Pre-Sentence Report: November 15, 2018;

3. Final Pre-Sentence Report Date: November 21, 2018;

4. Motion for Correction Date: November 29, 2018; and

5. Reply Date: December 6, 2018

This request follows a finding of guilt following a jury trial so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Christopher Hales has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: October 3, 2018

By   /s/ Todd D. Leras for
    CHRISTOPHER HALES
    Assistant United States Attorney

DATED: October 3, 2018

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    SABER SHEHADEH

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to December 13, 2018, at 10:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: October 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE