LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SABER SHEHADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABER SHEHADEH,

    Defendant.

Case No.: 2:16-cr-038 MCE

ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES

Court:    Hon. Morrison C. England, Jr.

Date:    March 14, 2019
Time:    10:00 a.m.

    The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Christopher Hales and Attorney Todd D. Leras on behalf of Defendant Saber Shehadeh, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from January 10, 2019 to March 14, 2019.

    This matter proceeded to jury trial in May 2018. The jury returned guilty verdicts as to

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Counts 1-3 and the Court initially set the matter for sentencing on September 6, 2018. The parties thereafter continued the matter by stipulation to December 13, 2018. The Court later continued the matter on its own motion (Docket Entry Number 403) to January 10, 2019, directing the parties to coordinate with the probation officer to ensure that she is available for any continued hearing date.

The parties have conferred with the probation officer regarding her request for a continuance of the sentencing hearing, her availability to attend the proposed sentencing hearing date, and the proposed disclosure schedule for the Pre-Sentence Investigation Report ("PSR"). Based on discussions with the assigned probation officer, the parties request to continue the sentencing date to March 14, 2019. Consistent with the Court's minute order in Docket Entry Number 403, the parties have also informed the Courtroom Deputy via email of the probation officer's request for a continuance of the sentencing date. A modification of the disclosure schedule is also necessary to allow sufficient time for the parties to file appropriate responses. All proposed dates have been agreed to by the parties as well as the assigned probation officer.

It is therefore requested that the Court modify its previously-set pre-sentence PSR disclosure schedule as follows:

1. Draft PSR Date: January 31, 2019;
2. Informal Objections to Draft PSR: February 14, 2019;
3. Final PSR Date: February 21, 2019;
4. Motion for Correction Date: February 28, 2019; and
5. Reply Date: March 7, 2019

This request follows a finding of guilt following a jury trial so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Christopher Hales has

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: January 7, 2019           By    /s/ Todd D. Leras for
                                       CHRISTOPHER HALES
                                       Assistant United States Attorney

DATED: January 7, 2019           By    /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Attorney for Defendant
                                       SABER SHEHADEH

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to March 14, 2019, at 10:00 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE