LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SABER SHEHADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SABER SHEHADEH,<br><br>    Defendant. | Case No.: 2:16-cr-038 MCE<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Morrison C. England, Jr.<br><br>Date:     May 2, 2019<br>Time:    10:00 a.m. |

      The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Christopher Hales and Attorney Todd D. Leras on behalf of Defendant Saber Shehadeh, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from March 14, 2019 to May 2, 2019.

      This matter proceeded to jury trial in May 2018. The jury returned guilty verdicts as to

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Counts 1-3 and the Court initially set the matter for sentencing on September 6, 2018. The parties thereafter continued the matter by stipulation to December 13, 2018.

The Court later continued the matter on its own motion (Docket Entry Number 403) to January 10, 2019, directing the parties to coordinate with the probation officer to ensure that she is available for any continued hearing date. The parties consulted with the probation officer and re-set the sentencing date for March 14, 2019, including a modification of the disclosure schedule.

The probation officer filed the draft pre-sentence investigation report on March 1, 2019, approximately one month late than the date set out in the disclosure schedule corresponding to the March 14 sentencing date. Based on late disclosure of the draft pre-sentence report, the parties are requesting to re-set the sentencing to May 2, 2019, and to modify all other disclosure dates other than the draft pre-sentence investigation report disclosure date.

The assigned probation officer conferred with the courtroom deputy to select the May 2nd sentencing date. Both parties are available on that date. A modification of the disclosure schedule is necessary to allow sufficient time for the parties to file appropriate responses. All proposed dates have been agreed to by the parties as well as the assigned probation officer.

It is therefore requested that the Court modify its previously-set pre-sentence PSR disclosure schedule as follows:

1. Informal Objections to Draft PSR: March 28, 2019;

2. Final PSR Date: April 11, 2019;

3. Motion for Correction Date: April 18, 2019; and

4. Reply Date: April 25, 2019

This request follows a finding of guilt following a jury trial so an exclusion of time

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Christopher Hales has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: March 11, 2019          By   /s/ Todd D. Leras for
                                    CHRISTOPHER HALES
                                    Assistant United States Attorney

DATED: March 11, 2019          By   /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Attorney for Defendant
                                    SABER SHEHADEH

## ORDER

The Judgment and Sentencing Hearing in this matter is continued to May 2, 2019, at 10:00 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  March 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE