McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>SABER SHEHADEH,<br><br>               Defendant. | CASE NO. 2:16-CR-00038<br><br>ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED<br><br>DATE:<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

**ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Saber Shehadeh, to time served, and commencement of the 36-month term of supervised release previously imposed. The Court finds:

    1. Defendant Saber Shehadeh was found guilty of three counts of violating 18 U.S.C. § 1341, Mail Fraud.

    2. On May 2, 2019, the Court sentenced Shehadeh to 57 months of imprisonment with 36 months of supervised release to follow. Shehadeh's current projected release date is June 20, 2022.

    3. Mr. Shehadeh is suffering from a terminal medical condition with a life expectancy of 18 months or less and an end-of-life trajectory. Documents provided by the Bureau of Prisons through

counsel for the government show that Shehadeh has been diagnosed with stage IV metastatic colon cancer and is considered to have a life expectancy of 18 months or less.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Federal Bureau of Prisons contends, and this Court agrees, that the defendant's terminal medical condition, limited life expectancy, and end-of-life trajectory constitute extraordinary and compelling reasons warranting the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 36-month term of supervised release previously imposed.

**IT IS SO ORDERED.**

Dated:  December 11, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE