LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SABER SHEHADEH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SABER SHEHADEH,<br><br>　　　　　　　Defendant. | Case No.: 2:16-cr-038 MCE<br><br>STIPULATION AND ORDER FOR RETURN OF PASSPORT |

　　　The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Chris Hales, and Defendant Saber Shehadeh by and through his attorney Todd D. Leras, hereby stipulate as follows:

　　　1.　On March 28, 2016, United States Magistrate Judge Kendall J. Newman ordered Defendant Saber Shehadeh released on a release package including an unsecured bond in the amount of $250,000 (ECF Entry 23) and General and Special Conditions

ORDER RELEASING PASSPORT

of Release (ECF Entry 26, 27).  Special Condition of Release Number 6 required Saber Shehadeh to surrender his passport to the Clerk of the United States District Court during the pendency of the case.  Saber Shehadeh surrendered his passport on April 1, 2016 (ECF Entry 29).

2. On May 2, 2019, following conviction by a jury on three counts of Mail Fraud, this Court sentenced Saber Shehadeh to 57-months imprisonment (ECF Entries 417 and 418).

3. On December 11, 2020, this Court granted a reduction of Saber Shehadeh's term of imprisonment based on compassionate release considerations due to his medical condition (ECF Entries 446 and 452).  Saber Shehadeh has been released from custody and is presently serving a 36-month term of supervised release.  Saber Shehadeh is supervised by a probation officer assigned to the Northern District of California's Oakland probation office.

4. Saber Shehadeh needs his passport to establish eligibility for health coverage required to address his present medical circumstances.  Both the government and defense counsel have confirmed that Saber Shehadeh's supervising probation officer in the Northern District of California has no objection to release of the passport. Saber Shehadeh has no plans to travel internationally during the term of his supervised release.

Based on the above stipulation of facts, the parties further stipulate and agree that the clerk release and return the passport to Saber Shehadeh.

Assistant U.S. Attorney Christopher Hales has reviewed this stipulation and authorized Todd D. Leras via email to sign it on his behalf.

ORDER RELEASING PASSPORT

IT IS SO STIPULATED.

DATED: January 20, 2021                         McGREGOR SCOTT
                                                United States Attorney

                                                By   /s/ Todd D. Leras for
                                                   CHRISTOPHER HALES
                                                   Assistant United States Attorney

DATED: January 20, 2021

                                                By   /s/ Todd D. Leras
                                                   TODD D. LERAS
                                                   Attorney for Defendant
                                                   SABER SHEHADEH

## ORDER

BASED ON THE STIPULATION OF THE PARTIES, the Clerk of this Court is directed to release to Saber Shehadeh the passport he surrendered by order of this Court as Special Condition of Release Number Six in this matter (ECF Entries 26 and 29).

IT IS SO ORDERED.

Dated: January 21, 2021

                                                _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

[Type body of pleading here.]

ORDER RELEASING PASSPORT